GRANTED

*/s/ MEJ*

Judge Maria-Elena James

1  Tammy Hussin (Bar No. 155290)
2  *Of Counsel*
   Lemberg & Associates LLC
3  6404 Merlin Drive
4  Carlsbad, CA 92011
   Telephone (855) 301-2100 ext. 5514
5  thussin@lemberglaw.com
6
7  Lemberg & Associates LLC
   A Connecticut Law Firm
8  1100 Summer Street
   Stamford, CT  06905
9  Telephone:  (203) 653-2250
10 Facsimile:  (203) 653-3424
11
   Attorneys for Plaintiff,
12 Lawrence Torliatt
13
14                UNITED STATES DISTRICT COURT
15                NORTHERN DISTRICT OF CALIFORNIA
16

17 | Lawrence Torliatt,                          | Case No.: CV11-3417 MEJ |
18 |         Plaintiff,                          | **VOLUNTARY WITHDRAWAL** |
19 |   vs.                                        |                         |
20 | Law Offices of Ed Overcash, LLC; and         |                         |
21 | DOES 1-10, inclusive,                        |                         |
22 |         Defendants.                          |                         |

# NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITHOUT PREJUDICE PURSUANT TO RULE 41(a)

Lawrence Torliatt ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, without prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

By: /s/ Tammy Hussin
Tammy Hussin *Of Counsel*
Lemberg & Associates, LLC
Attorney for Plaintiff, Lawrence Torliatt

# CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, and not a party to the above-entitled cause. On September 6, 2011, I served a true copy of foregoing document(s): **VOLUNTARY WITHDRAWAL**.

**BY ELECTRONIC FILING:** I hereby certify that on September 6, 2011, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. Mail. Parties may access this filing through the Court's electronic filing system.

| Law Offices of Ed Overcash, LLC<br>166 Gordon Drive<br>Spartanburg, South Carolina 29301 | **Attorney for Defendants Law Offices of Ed Overcash, LLC** |
|---|---|

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after the date of deposit for mailing in affidavit.

1  I hereby certify that I am employed in the office of a member of the Bar of this
2  Court at whose direction the service was made.
3  
4  Executed on September 6, 2011.

By: /s/  Tammy Hussin
Tammy Hussin  *Of Counsel*
Lemberg & Associates, LLC
Attorney for Plaintiff, Lawrence Torliatt